# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**FILED**

JUN 13 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

JOSE JUNEZ-RAMIREZ, SR.,
aka Jose Luis Junez

CR NO: 2:13-cr-00204 MCE

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum    ☐ Ad Testificandum.

Name of Detainee: **JOSE JUNEZ-RAMIREZ, SR., aka Jose Luis Junez**

Detained at (custodian): **San Joaquin County Honor Farm**

Detainee is: a.) ☒ charged in this district by:
    ☒ Indictment  ☐ Information  ☐ Complaint
    Charging Detainee With: **Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine and Distribution of Methamphetamine**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/ Michele Beckwith
Printed Name & Phone No: **AUSA MICHELE BECKWITH/916-554-2787**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
    ☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

6/13/13

Date

United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | JOSE JUNEZ | Male ☒ | Female ☐ |
| Booking or CDC #: | 12-17465 | DOB: | 1/23/67 |
| Facility Address: | 999 West Mathews Road | Race: | |
| | French Camp, CA 95231 | FBI #: | |
| Facility Phone: | 209-468-4562 | | |
| Currently Incarcerated For: | | | |

---

**RETURN OF SERVICE**

Executed on _____ by _____

(Signature)

Form Crim-48    Revised 11/19/97