KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
JOSE JUNEZ RAMIREZ, SR.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JOSE JUNEZ-RAMIREZ, SR.<br><br>        Defendant. | No. 13-CR-00204-MCE<br><br>AMENDED STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME<br><br>Date:  August 13, 2015<br>Time:  9:00am.<br>Judge:  Honorable John A. Mendez |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michele Beckwith, Assistant United States Attorney, attorney for plaintiff, together with Kyle Knapp, attorney for defendant JOSE JUNEZ-RAMIREZ-SR., that the previously-scheduled status conference, currently set for July 30, 2015, be vacated and that the matter be set for status conference on August 13, 2015, at 9:00 a.m.

   This continuance is requested to allow defense counsel additional time to resolve some legal and investigative issues that are critical in finalizing the plea agreement. .

   IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should

therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, July 28, 2015, up to and including August 13, 2015.

IT IS SO STIPULATED.

Dated:  July 28, 2015	BENJAMIN B. WAGNER
	UNITED STATES ATTORNEY

	by:	/s/ Kyle Knapp for
		MICHELE BECKWITH
		Assistant U.S. Attorney
		Attorney for Plaintiff

Dated:  July 28, 2015	/s/ Kyle Knapp
	KYLE KNAPP
	Attorney for Defendant
	JOSE JUNEZ-RAMIREZ, SR.

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's July 30, 2015 criminal calendar and re-calendared for status conference on August 13, 2015.  Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.  Time is excluded from the time of the filing of this stipulation on July 28, 2015 through and including August 13, 2015.

**IT IS SO ORDERED**.

Dated: July 29, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT