KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
JOSE JUNEZ-RAMIREZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-CR-00204-MCE |
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING |
| v. | |
| JOSE JUNEZ-RAMIREZ. | Date: February 11, 2016<br>Time: 9:00am.<br>Judge: Honorable Morrison C. England, Jr. |
| Defendant. | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michele Beckwith, Assistant United States Attorney, attorney for plaintiff, together with Kyle Knapp, attorney for defendant, Jose Junez-Ramirez, that the previously-scheduled sentencing hearing, currently set for January 7, 2016, be vacated and that the matter be set for sentencing on February 11, 2016 at 9:00 a.m.

This continuance is requested to allow defense counsel additional time to resolve an issue with respect to the draft probation report that is critical in the guideline analysis.

Counsel contacted United States Probation Officer, Anthony Andrews, and he had no objection to the new date. In addition, the following revised sentencing schedule is agreed upon: Judgment and Sentencing date – February 11, 2016; Reply or Statement of Non-

1  Opposition date – February 4, 2016; Motion for Correction of the Presentence Report due–
2  January 28, 2016; Presentence Report Filed with the Court – January 21, 2016; Counsel's
3  written objections shall be delivered to the Probation Officer – January 14, 2016.
4  IT IS SO STIPULATED.

5  Dated:  January 4, 2016                                        BENJAMIN B. WAGNER
6                                                                UNITED STATES ATTORNEY

7                                               by:    /s/ Kyle Knapp for
                                                       MICHELE BECKWITH
8                                                      Assistant U.S. Attorney
9                                                      Attorney for Plaintiff

10 Dated:  January 4, 2016                                       /s/ Kyle Knapp
                                                                KYLE KNAPP
11                                                              Attorney for Defendant
12                                                              JOSE JUNEZ-RAMIREZ

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's January 7, 2016 criminal calendar and re-calendared for judgment and sentencing on February 11, 2016.

The revised sentencing schedule shall be as follows:  Judgment and Sentencing date – February 11, 2016; Reply or Statement of Non-Opposition date – February 4, 2016; Motion for Correction of the Presentence Report due– January 28, 2016; Presentence Report Filed with the Court – January 21, 2016; Counsel's written objections shall be delivered to the Probation Officer on or before– January 14, 2016.

IT IS SO ORDERED.

Dated:  January 11, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT