KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
JOSE JUNEZ-RAMIREZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JOSE JUNEZ-RAMIREZ.<br><br>  Defendant. | No. 13-CR-00204-MCE<br><br>STIPULATION AND<br>ORDER CONTINUING SENTENCING<br><br>Date:  March 10, 2016<br>Time:  9:00am.<br>Judge:  Honorable Morrison C. England, Jr. |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michele Beckwith, Assistant United States Attorney, attorney for plaintiff, together with Kyle Knapp, attorney for defendant, Jose Junez-Ramirez, that the previously-scheduled sentencing hearing, currently set for February 25, 2016, be vacated and that the matter be set for sentencing on March 10, 2016 at 9:00 a.m.

    This continuance is requested to allow defense counsel additional time to resolve an issue in the probation report that is critical in the sentencing analysis.

///

///

///

The final probation report has been filed and counsel responded with formal objections late last week.  There is believed to be no need for a revised sentencing schedule.

IT IS SO STIPULATED.

Dated:  February 22, 2016             BENJAMIN B. WAGNER
                                      UNITED STATES ATTORNEY

                                by:   /s/ Kyle Knapp for
                                      MICHELE BECKWITH
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

Dated:  February 22, 2016             /s/ Kyle Knapp
                                      KYLE KNAPP
                                      Attorney for Defendant
                                      JOSE JUNEZ-RAMIREZ

## ORDER

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's February 25, 2016 criminal calendar and re-calendared for judgment and sentencing on March 10, 2016.

IT IS SO ORDERED.

Dated: February 25, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT